UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Rosalie R Paludi

Case No. 12-11589
Chapter 13

Debtor.

Change of Address Form

*This form may be used by a Debtor or a party in interest to update their address pursuant to Local Bankruptcy Rules 4002-1(a) and 4002-2. A Debtor who wishes to update a creditor's address may also use this form. Upon completion, this form must be filed with the Court.*

Name/Title: American Tax Funding, LLC
(Example: Joe Smith/Debtor)

Old Address: American Tax Funding, LLC; ATTN: Dana Marini

P.O. Box 863517; Orlando, FL 32886

New Address: American Tax Funding, LLC; 801 Maplewood Dr., Ste. 4

Jupiter, FL 33458

Pro Se Debtors/Creditors provide your telephone number: (888) 289-8297

I hereby certify under penalty of perjury that the above information is true.

Dated: July 26, 2018         Signature: [signature]

Print Name: Dana Marini, President

OLR: 4002 (01-12-2017)